LAW OFFICES
# MILES & STOCKBRIDGE P.C.
10 LIGHT STREET
BALTIMORE, MARYLAND 21202-1487

TELEPHONE 410-727-6464
FAX 410-385-3700

CAMBRIDGE, MD
COLUMBIA, MD
EASTON, MD
FREDERICK, MD

ROCKVILLE, MD
TOWSON, MD
MCLEAN, VA
WASHINGTON, D.C.

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 SEP 18  P 3 36

CLERK'S OFFICE
AT BALTIMORE

Y_____ DEPUTY

September 15, 2000

**VIA HAND DELIVERY**

The Honorable Benson Everett Legg
United States Court for the
 District Court of Maryland
Garmantz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

  Re:  Harris v. Lifsey, et. al.
        Civil Action No. L-00-1881

Dear Judge Legg:

  Late yesterday afternoon, we received the letter submitted by Norris C. Ramsey, Plaintiff's counsel, regarding the lack of any responsive pleading filed in this matter. We were under the impression by the attached letter that Mr. Ramsey had given Mr. Lifsey until September 17, 2000 to obtain counsel and file an Answer.

  I spoke to Mr. Ramsey yesterday afternoon and he confirmed that this was the arrangement. Mr. Ramsey told me that he had forgotten that he had extended that courtesy to Mr. Lifsey and he graciously agreed that we could file an Answer on Monday, September 18, 2000.

  Late yesterday afternoon we received Defendant Derrick Lifsey's authorization to represent him in this matter. We are in the process of gathering information and we intend to file an Answer to the Complaint on Monday, September 18, 2000. In order to make the record clear, we are submitting a Motion to Extend Time to File a Responsive Pleading until September 18, 2000.

*Responsive pleading due 10/2/00.*

*BLegg*
*visit*
*9/15/00*

BALT01 371685v1|G2282-000000|09\14\00

MILES & STOCKBRIDGE P.C.

Honorable Benson Everett Legg
September 15, 2000
Page 2

      We apologize for any inconvenience that this misunderstanding may have caused.

                            Very truly yours,

                            Kathleen Pontone

Enclosure

cc:    Norris C. Ramsey, Esq.
        Tammy L. Turner, Esq.