IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NOREE V. HARRIS                    *

    Plaintiff,                 *

vs.                                *     Civil No.: L-00-1881

DERRICK LIFSEY and NEW             *
BALTIMORE CITY BOARD OF
SCHOOL COMMISSIONERS               *

    Defendants                 *

..................................................................

### PLAINTIFF'S REPORT RE DEPOSITION HOURS

Plaintiff by the undersigned attorney hereby report that she expects deposition hours not to exceed ten (10) hours.

Respectfully submitted,

Norris C. Ramsey
NORRIS C. RAMSEY, P.A.
2122 Maryland Avenue
Baltimore, Maryland 21218
(410) 752-1646
Trial Bar No. 01543
Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of September, 2000, a copy of the forgoing Plaintiff's Report Re Deposition Hours was mailed, first class to Tammy Turner, Esquire, Office of Legal Counsel, 200 E. North Avenue, Suite 208, Baltimore, Maryland 21202, Attorney for Defendant and Kathleen Pontone, Esquire, Miles & Stockbridge, P.C., 10 Light Street, Baltimore, Maryland 21202-1487.

*Norris C. Ramsey*
Norris C. Ramsey