LAW OFFICES
# MILES & STOCKBRIDGE P.C.
10 LIGHT STREET
BALTIMORE, MARYLAND 21202-1487

TELEPHONE 410-727-6464
FAX 410-385-3700

CAMBRIDGE, MD
COLUMBIA, MD
EASTON, MD
FREDERICK, MD
MCLEAN, VA
ROCKVILLE, MD
TOWSON, MD
WASHINGTON, D.C.

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 OCT -4  A 10:12

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

October 2, 2000

**VIA HAND DELIVERY**

The Honorable Benson Everett Legg
United States District Court for the
 District of Maryland
Garmantz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

     Re:   Harris v. Lifsey, et. al.
           Civil Action No. L-00-1881

Dear Judge Legg:

    Pursuant to the Scheduling Order set by this Court on September 18, 2000, the parties in the above-referenced matter have conferred and exchanged proposals regarding the number of deposition hours in this case. Based on these discussions, the parties have no objections to the following proposal for deposition hours:

| | |
|---|---|
| Plaintiff Noree Harris | 10 hours |
| Defendant Derrick Lifsey | 15 hours |
| Defendant New Baltimore City Board of School Commissioners | 15 hours |

    The parties have also conferred regarding the possibility of Alternative Dispute Resolution (ADR) in this matter. The parties have agreed that at this stage of litigation ADR is premature and that they will consider submitting this case to ADR after a few depositions have been taken.

*Approved October 3, 2000*
*B. Legg*

BALT01 371685v1|G2282-000000|09\14\00

MILES & STOCKBRIDGE P.C.

Honorable Benson Everett Legg
October 2, 2000
Page 2

      If you have any questions about the agreement between the parties, please do not hesitate to call the undersigned.

                Very truly yours,

                Kathleen Pontone
                Counsel for Derrick Lifsey

SRD/js

cc:    Norris C. Ramsey, Esq.
        Tammy L. Turner, Esq.