UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NOREE V. HARRIS, | * |
| Plaintiff | * |
| v. | *  Civil Action No.: L-00-CV-1881 |
| DERRICK LIFSEY and | * |
| NEW BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS, | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Noree V. Harris, by and through her undersigned counsel, seeks to voluntarily dismiss with prejudice the above-captioned action. Defendants Derrick Lifsey and New Baltimore City Board of School Commissioners by and through their undersigned counsel, consent to Plaintiff's voluntary dismissal of this action with prejudice. Each party agrees to bear its own costs and attorneys' fees.

_____  
Norric C. Ramsey  
2122 Maryland Avenue  
Baltimore, Maryland 21218  
(410) 752-1646  

Attorney for Plaintiff

_____  
Kathleen Pontone  
Stephanie R. DeKraai  
MILES & STOCKBRIDGE P.C.  
10 Light Street  
Baltimore, Maryland 21202  
(410) 727-6464  

Attorneys for Defendant  
Derrick Lifsey

_____ 2ND _____ DAY OF _January, 2001_

_____  
EVERETT LEGG, U.S.D.J.

/s/ Brian K. Williams
Brian K. Williams
Tammy L. Turner
200 East North Avenue
Suite 208
Baltimore, Maryland 21202

Attorneys for New Baltimore City Board of School Commissioners

2

LAW OFFICES
# Miles & Stockbridge P.C.
10 LIGHT STREET
BALTIMORE, MARYLAND 21202-1487

TELEPHONE 410-727-6464
FAX 410-385-3700

CAMBRIDGE, MD
COLUMBIA, MD
EASTON, MD
FREDERICK, MD

McLEAN, VA
ROCKVILLE, MD
TOWSON, MD
WASHINGTON, D.C.

**WRITER'S DIRECT DIAL**
(410) 385-3439

December 29, 2000

**VIA HAND DELIVERY**

Clerk of the Court
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    <u>Noree Harris v. Derrick Lifsey, et. al.</u>
            Case No. L-00-CV-1881

Dear Clerk of the Court:

Enclosed please find for filing the original and three copies of the following document:

1.    Stipulation of Dismissal with Prejudice.

Please date stamp one copy of the document and return it to the messenger. Thank you for your attention to this matter.

            Yours truly,

            *Stephanie R. DeKraai*

            Stephanie R. DeKraai

Enclosures
cc:    Norris Ramsey, Esquire
       Tammy L. Turner, Esquire

BALT01:399261v1|G2282-000000|12\29\00